UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, <br><br>                Plaintiffs,<br><br>-against-<br><br>DAME CONTRACTING, INC.,<br><br>                Defendant. | **ORDER**<br><br>23-CV-11013 (PMH) |

PHILIP M. HALPERN, United States District Judge:

      Plaintiffs initiated this action by filing a complaint on December 20, 2023. (Doc. 1). On January 10, 2024, Plaintiffs filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendants (Doc. 7), and, upon Plaintiffs' application, a Clerk's Certificate of Default was entered against Defendant on February 1, 2024 (Doc. 10). There has been no activity on the docket since the filing of the Clerk's Certificate of Default.

      Plaintiffs are directed to comply with this Court's Individual Practices Rule 4(B), or file a letter advising the Court why they should not pursue a default judgment application against Defendants, by April 5, 2024.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
March 4, 2024

_____
Philip M. Halpern
United States District Judge