UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING
INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING
TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES NATIONAL
PENSION FUND and THE DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

Index: 23-cv-11013(PMH)

DEFAULT JUDGMENT

Plaintiffs,

-against-

DAME CONTRACTING, INC.,

Defendant.

---

This action having been commenced on December 20, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Dame Contracting, Inc. on January 5, 2024, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on January 10, 2024, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($20,270.72), which includes the following: contributions due based on Employer remittance reports for weeks-ending January 3, 2023 through February 7, 2023, and April 11, 2023 through to and including April 25, 2023; interest in the sum of $1,263.18 calculated at 2% above prime per annum from the due date for each delinquent week through March 5, 2024 on the unpaid contributions; liquidated damages in the sum of $2,545.26 calculated at 20% of the principal contribution amount owed; attorneys' fees in the sum of $3,256.00; plus court costs and

disbursements of this action in the sum of $480.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       April 19    , 2024

So Ordered:

_____
Honorable Philip M. Halpern, U.S.D.J.